UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 12-10775-GAO

YOLANDA WILKERSON, individually
and on behalf of minors,
Plaintiff,
v.

MCDONALD'S CORPORATION and
HOGANS OF NEWBURYPORT,
Defendants.

ORDER
May 1, 2014

O'TOOLE, D.J.

On December 30, 2013, the defendant McDonald's Corporation moved with supporting papers for the entry of summary judgment in its favor. On January 30, 2014, the Court granted the plaintiffs' motion to extend the time to respond to the defendant's motion to February 5, 2014. No opposition or other response has been filed to date.

After review of the moving papers, the Court concludes there is no genuine issue of material fact and this defendant is entitled to judgment in its favor. The motion for summary judgment (dkt. no. 47) is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge